GRANVILLE MATTHEW *vs.* THOMAS W. FLEETWOOD.

APPEARANCE—WAIVER OF OBJECTIONS—SUMMONS—DEFECTIVE ISSUANCE—
WAIVER.

 In assumpsit on a book account, defendant, by appearing and not object-
ing to the issuance of summons without the affidavit required by statute,
waived the defect, and, having confessed judgment, released the error com-
mitted in issuing the summons.

(*February* 12, 1912.)

Judges BOYCE and CONRAD sitting.
*Charles W. Cullen* for exceptant.
Superior Court, Sussex County, February Term, 1912.

CERTIORARI (No. 4, February Term, 1912) directed to a jus-
tice of the peace to send up a transcript of his record in an action
before him by Granville Matthew against Thomas W. Fleetwood,
wherein judgment was rendered for the plaintiff. The defendant
brings exceptions which were overruled.

 The exceptions relied upon for the reversal of the judgment
were: (1) for that it does not appear from said record that the
justice was satisfied by the oath of the plaintiff before issuing the
summons returnable forthwith that there was danger of losing
the benefit of said process by delay; (2) for that the record does
not show the jurisdiction of the justice in such case.

 BOYCE, J.:—It appears from the record that the action was
in assumpsit on a book account of sixteen dollars and fifty-eight
cents demanded; that summons issued January 5, 1911, return-
able forthwith; that there was personal service; that the defend-
ant personally appeared on the same day and confessed judgment
in favor of the plaintiff.

 The defendant appearing and not objecting to the issuance
of the summons without the affidavit, as required by the statute,
he thereby waived the defect and having confessed judgment,
released the error. *Bishop v. Carpenter*, 1 *Houst.* 526; *Gum v.
Adams*, 9 *Houst.* 200.

        Judgment below affirmed.